1  **DAVID R. OWENS**—CA State Bar No. 180829
    Email: dowens@owenstarabichi.com
2  **BRUNO TARABICHI**—CA State Bar No. 215129
    Email: btarabichi@owenstarabichi.com
3  **OWENS TARABICHI LLP**
    111 N. Market St., Suite 730
4  San Jose, California 95113
    Telephone:    (408) 298-8200
5  Facsimile:     (408) 521-2203

6  Attorneys for Plaintiff
    Clip Ventures LLC

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  **CLIP VENTURES LLC**,                 Case No. 3:10-cv-03495 EDL

12                         Plaintiff,      **[PROPOSED] ORDER GRANTING
                                           STIPULATED REQUEST TO CHANGE
                     vs.                   TIME PURSUANT TO CIVIL L.R. 6-2**
13

14  **NEWELL OPERATING COMPANY**

15                         Defendant.

16        Plaintiff Clip Ventures LLC and Defendant Newell Operating Company having stipulated

17  to moving all calendared dates by 45 days and having requested the same,

18

19        IT IS on this _24_ day of September 2010

20

21        ORDERED that all of the dates in the Order Setting Initial Case Management Conference

    and ADR Deadlines filed on August 10, 2010 are hereby extended by 45 days.
22     The Initial Case Management Conference is continued to January 4, 2011.

23
    Date: _September 24, 2010_         _Elizabeth D. LaPorte_____
24                                      Honorable Elizabeth D. LaPorte

25

26

27

28

                                1       [PROPOSED] ORDER GRANTING
                                        REQUEST TO CHANGE TIME